UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Mary Nanette Hardy, | ) | Civil Action No. 5:15-cv-3571-DCN-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner | ) | |
| of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On September 4, 2015, Plaintiff, appearing pro se, filed this action appealing a denial of social security benefits. Defendant filed an answer and copy of the administrative record on March 11, 2016. ECF Nos. 24, 25. As set forth in the court's October 8, 2015 Order, ECF No. 16, and as required by Local Civil Rule 83.VII.04 (D.S.C.), Plaintiff is required to file a written brief setting out her arguments in support of her claim that Social Security benefits were improperly denied to her. Plaintiff's brief in support of her appeal was due by April 14, 2016. To date, however, Plaintiff has not filed her brief.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue her appeal, she is ordered to file a brief in support of her appeal no later than **May 2, 2016**. Plaintiff is advised that if she fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

April 18, 2016                                                          Kaymani D. West
Florence, South Carolina                                  United States Magistrate Judge